# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUBEN ROBLEDO-OLVERA, et al.,

    Plaintiff(s),

v.

DAVID SCOTT THROND, et al.,

    Defendant(s).

Case No.: 2:18-cv-01032-GMN-NJK

**Order**

[Docket Nos. 19-36]

Defendants filed notices of affidavits of service for subpoenas. Docket Nos. 19-36. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced documents, and **ORDERS** the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 24, 2018

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge